```
 1  JOHN L. BURRIS, ESQ. SBN #69888
    BENJAMIN NISENBAUM, SBN #222173
 2  LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
 3  7677 Oakport St., Suite 1120
    Oakland, CA  94621
 4  (510) 839-5200
    (510) 839-3882 fax
 5
 6  Attorneys for Plaintiffs
 7
 8
 9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
    MARIA JOYA, et al.,              )   Case No.: C07-04739
12                                   )
              Plaintiffs,            )   SUMMONS RETURNED EXECUTED
13       v.                          )   SERVED: CITY OF HAYWARD
                                     )
14  CITY OF HAYWARD, et al.          )
                                     )
15            Defendants.            )   PROOF OF SERVICE
16  _____  )
17
18
```

AO 440 (Rev. 8/01) Summons in a Civil Action — *Maria Joya v. City of Hayward*

C07 04739

## RETURN OF SERVICE — City of Hayward

Service of the Summons and Complaint was made by me[1]

DATE: September 26, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

[x] Served Personally upon the Defendant. Place where served: Office of the City Clerk, 777 B Street, Hayward, CA 94544

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $45 | $45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 26, 2007

*signature*
Signature of Server

842 46th Street Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.