1  JOHN L. BURRIS, ESQ. SBN #69888
2  BENJAMIN NISENBAUM, SBN #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA  94621
   (510) 839-5200
5  (510) 839-3882 *fax*

6
   Attorneys for Plaintiffs
7

8
                UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10

11 MARIA JOYA, et al.,                )  Case No.: C07-04739
12                                    )
           Plaintiffs,                )  SUMMONS RETURNED EXECUTED
13      v.                            )  SERVED: LLOYD LOWE, CHIEF OF
                                      )  POLICE FOR THE CITY
14 CITY OF HAYWARD, et al.            )  OF HAYWARD
                                      )
15         Defendants.                )
                                      )  PROOF OF SERVICE
16 _____  )

17
18
19
20
21
22
23
24
25
26
27
28

AO 440 (Rev. 8/01) Summons in a Civil Action   *Maria Joya v. City of Hayward*

**C07 04739**    RETURN OF SERVICE    *Lloyd Lowe, Police Chief*

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | September 26, 2007 |
| Name of SERVER: Ted Thrower | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Inspector Jean Luevano #223
Office of Ethical Standards
300 West Winton Avenue
Hayward, CA 94544

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 26, 2007    [signature]
           Date                         Signature of Server

842 46th Street Oakland, CA 94608
Address of Server

(1) As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.