1  JOHN L. BURRIS, ESQ. SBN #69888
2  BENJAMIN NISENBAUM, SBN #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
5  (510) 839-5200
   (510) 839-3882 *fax*
6
7  Attorneys for Plaintiffs
8
9               UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
   MARIA JOYA, et al.,                    )   Case No.: C07-04739
12                                         )
13          Plaintiffs,                    )   SUMMONS RETURNED EXECUTED
        v.                                 )   SERVED: JASON COROSLINI,
14                                         )   POLICE OFFICER FOR THE CITY
   CITY OF HAYWARD, et al.                 )   OF HAYWARD
15                                         )
            Defendants.                    )   PROOF OF SERVICE
16                                         )
17 _____)
18
19
20
21
22
23
24
25
26
27
28

AO 440 (Rev. 8/01) Summons in a Civil Action   *Maria Joya v. City of Hayward*

C07 04739                RETURN OF SERVICE  *Jason Corsolini, Police Officer*

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | September 26, 2007 |
| Name of SERVER  Ted Thrower | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Inspector Jean Luevano #223
Office of Ethical Standards
Hayward Police Department
300 West Winton Avenue
Hayward, CA 94544

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 26, 2007        *[signature]*
             Date                       Signature of Server

                                        842 46th St. Oakland, CA 94608
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.