1  MICHAEL O'TOOLE (SBN 97779)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile: (510) 583-3660

6  Attorneys for Defendants City of Hayward,
   Lloyd Lowe, and Jason Corsolini

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

   MARIA JOYA, individually, and as          Case No:. C 07 04739 (SI)
10 Adminstrator of the Estate of NASIR SOLIS
                                              DEFENDANTS' ANSWER TO
11              Plaintiff,                    COMPLAINT

12         -vs-                               AND

13 CITY OF HAYWARD, a municipal corporation; DEMAND FOR TRIAL BY JURY
   LLOYD LOWE, in his capacity as Chief of
14 Police for the CITY OF HAYWARD, JASON
   CORSOLINI, individually and in his capacity as
15 an officer for the CITY OF HAYWARD, and
   DOES 1-25, inclusive,
16
                Defendants
17
   _____/
18

19      Defendants City of Hayward, Lloyd Lowe, and Jason Corsolini respond to plaintiff's

20 complaint for damages, as follows:

21      1.      Defendants admit that plaintiff purports to invoke jurisdiction of this court

22 pursuant to Title 28 of the United States Code Section 1331 and 1343, and the court's pendent

23 jurisdiction over claims arising under state law otherwise defendants deny generally and

24 specifically each and every remaining allegations of paragraph 1 of plaintiff's complaint.

25      2.      Defendants have insufficient information and knowledge to respond to the

26 allegations contained in paragraph 2 of plaintiff's complaint, and, on that basis, deny generally

27 and specifically each and every allegation contained in said paragraph.

3.      Defendants admit that the City of Hayward is a municipal corporation, and that Lloyd Lowe is/was Chief of Police for the City of Hayward, otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 3 of plaintiff's complaint.

4.      Defendants admit that Jason Corsolini is/was a Hayward Police Department officer, otherwise defendants deny generally and specifically each and every remaining allegation of paragraph 4 of plaintiff's complaint.

5.      Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 5 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

6.      Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 6 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

7.      Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 7 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

8.      Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 8 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

9.      Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 9 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

10.      Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 10 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

11.      Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 11 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

1    12.    Defendants have insufficient information and knowledge to respond to the
2  allegations contained in paragraph 12 of plaintiff's complaint, and, on that basis, deny generally
3  and specifically each and every allegation contained in said paragraph.

4    13.    Defendants have insufficient information and knowledge to respond to the
5  allegations contained in paragraph 13 of plaintiff's complaint, and, on that basis, deny generally
6  and specifically each and every allegation contained in said paragraph.

7    14.    Defendants have insufficient information and knowledge to respond to the
8  allegations contained in paragraph 14 of plaintiff's complaint, and, on that basis, deny generally
9  and specifically each and every allegation contained in said paragraph.

10    15.    Defendants have insufficient information and knowledge to respond to the
11  allegations contained in paragraph 15 of plaintiff's complaint, and, on that basis, deny generally
12  and specifically each and every allegation contained in said paragraph.

13    16.    Defendants have insufficient information and knowledge to respond to the
14  allegations contained in paragraph 16 of plaintiff's complaint, and, on that basis, deny generally
15  and specifically each and every allegation contained in said paragraph.

16    17.    Defendants have insufficient information and knowledge to respond to the
17  allegations contained in paragraph 17 of plaintiff's complaint, and, on that basis, deny generally
18  and specifically each and every allegation contained in said paragraph.

19    18.    Defendants have insufficient information and knowledge to respond to the
20  allegations contained in paragraph 18 of plaintiff's  complaint and, on that basis, deny generally
21  and specifically each and every allegation contained in said paragraph.

22    19.    Defendants have insufficient information and knowledge to respond to the
23  allegations contained in paragraph 19 of plaintiff's complaint and, on that basis, deny generally
24  and specifically each and every allegation contained in said paragraph.

25    20.    Defendants have insufficient information and knowledge to respond to the
26  allegations contained in paragraph 20 of plaintiff's complaint and, on that basis, deny generally
27  and specifically each and every allegation contained in said paragraph.

1    21.    Defendants have insufficient information and knowledge to respond to the

2  allegations contained in paragraph 21 of plaintiff's complaint and, on that basis, deny generally

3  and specifically each and every allegation contained in said paragraph.

4    22.    Defendants have insufficient information and knowledge to respond to the

5  allegations contained in paragraph 22 of plaintiff's complaint and, on that basis, deny generally

6  and specifically each and every allegation contained in said paragraph.

7    23.    Defendants have insufficient information and knowledge to respond to the

8  allegations contained in paragraph 23 of plaintiff's complaint, and, on that basis, deny generally

9  and specifically each and every allegation contained in said paragraph.

10    24.    Defendants have insufficient information and knowledge to respond to the

11  allegations contained in paragraph 24 of plaintiff's complaint, and, on that basis, deny generally

12  and specifically each and every allegation contained in said paragraph.

13    25.    Defendants have insufficient information and knowledge to respond to the

14  allegations contained in paragraph 25 of plaintiff's complaint, and, on that basis, deny generally

15  and specifically each and every allegation contained in said paragraph.

16    26.    Defendants have insufficient information and knowledge to respond to the

17  allegations contained in paragraph 26 of plaintiff's complaint, and, on that basis, deny generally

18  and specifically each and every allegation contained in said paragraph.

19    27.    Defendants have insufficient information and knowledge to respond to the

20  allegations contained in paragraph 27 of plaintiff's complaint, and, on that basis, deny generally

21  and specifically each and every allegation contained in said paragraph.

22    28.    Defendants have insufficient information and knowledge to respond to the

23  allegations contained in paragraph 28 of plaintiff's complaint, and, on that basis, deny generally

24  and specifically each and every allegation contained in said paragraph.

25    29.    Defendants have insufficient information and knowledge to respond to the

26  allegations contained in paragraph 29 of plaintiff's complaint, and, on that basis, deny generally

27  and specifically each and every allegation contained in said paragraph.

1    30.    Defendants have insufficient information and knowledge to respond to the

2 allegations contained in paragraph 30 of plaintiff's complaint, and, on that basis, deny generally

3 and specifically each and every allegation contained in said paragraph.

4    31.    Defendants have insufficient information and knowledge to respond to the

5 allegations contained in paragraph 31 of plaintiff's complaint, and, on that basis, deny generally

6 and specifically each and every allegation contained in said paragraph.

7    32.    Defendants have insufficient information and knowledge to respond to the

8 allegations contained in paragraph 32 of plaintiff's complaint, and, on that basis, deny generally

9 and specifically each and every allegation contained in said paragraph.

10    33.    Defendants have insufficient information and knowledge to respond to the

11 allegations contained in paragraph 33 of plaintiff's complaint, and, on that basis, deny generally

12 and specifically each and every allegation contained in said paragraph.

13    34.    Defendants have insufficient information and knowledge to respond to the

14 allegations contained in paragraph 34 of plaintiff's complaint, and, on that basis, deny generally

15 and specifically each and every allegation contained in said paragraph.

16    35.    Defendants have insufficient information and knowledge to respond to the

17 allegations contained in paragraph 35 of plaintiff's complaint, and, on that basis, deny generally

18 and specifically each and every allegation contained in said paragraph.

19    36.    Defendants have insufficient information and knowledge to respond to the

20 allegations contained in paragraph 36 of plaintiff's complaint, and, on that basis, deny generally

21 and specifically each and every allegation contained in said paragraph.

22    37.    Defendants have insufficient information and knowledge to respond to the

23 allegations contained in paragraph 37 of plaintiff's complaint, and, on that basis, deny generally

24 and specifically each and every allegation contained in said paragraph.

25    38.    Defendants have insufficient information and knowledge to respond to the

26 allegations contained in paragraph 38 of plaintiff's complaint, and, on that basis, deny generally

27 and specifically each and every allegation contained in said paragraph.

39.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 39 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

40.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 40 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

41.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 41 of plaintiff's complaint and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

42.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 42 of plaintiff's complaint and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

43.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 43 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

44.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 44 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

45.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 45 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

46.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 46 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

47.    Defendants have insufficient information and knowledge to respond to the allegations contained in paragraph 47 of plaintiff's complaint, and, on that basis, deny generally and specifically each and every allegation contained in said paragraph.

1     48.    Defendants have insufficient information and knowledge to respond to the

2  allegations contained in paragraph 48 of plaintiff's complaint, and, on that basis, deny generally

3  and specifically each and every allegation contained in said paragraph.

4     49.    Defendants have insufficient information and knowledge to respond to the

5  allegations contained in paragraph 49 of plaintiff's complaint, and, on that basis, deny generally

6  and specifically each and every allegation contained in said paragraph.

7     50.    Defendants have insufficient information and knowledge to respond to the

8  allegations contained in paragraph 50 of plaintiff's complaint, and, on that basis, deny generally

9  and specifically each and every allegation contained in said paragraph.

10     51.    Defendants have insufficient information and knowledge to respond to the

11  allegations contained in paragraph 51 of plaintiff's complaint, and, on that basis, deny generally

12  and specifically each and every allegation contained in said paragraph.

13     52.    Defendants have insufficient information and knowledge to respond to the

14  allegations contained in paragraph 52 of plaintiff's complaint, and, on that basis, deny generally

15  and specifically each and every allegation contained in said paragraph.

16     53.    Defendants have insufficient information and knowledge to respond to the

17  allegations contained in paragraph 53 of plaintiff's complaint, and, on that basis, deny generally

18  and specifically each and every allegation contained in said paragraph.

19     54.    Defendants have insufficient information and knowledge to respond to the

20  allegations contained in paragraph 54 of plaintiff's complaint, and, on that basis, deny generally

21  and specifically each and every allegation contained in said paragraph.

22     55.    Defendants have insufficient information and knowledge to respond to the

23  allegations contained in paragraph 55 of plaintiff's complaint, and, on that basis, deny generally

24  and specifically each and every allegation contained in said paragraph.

25     56.    Defendants have insufficient information and knowledge to respond to the

26  allegations contained in paragraph 56 of plaintiff's complaint, and, on that basis, deny generally

27  and specifically each and every allegation contained in said paragraph.

1    57.    Defendants have insufficient information and knowledge to respond to the
2  allegations contained in paragraph 57 of plaintiff's complaint, and, on that basis, deny generally
3  and specifically each and every allegation contained in said paragraph.

4    58.    Defendants have insufficient information and knowledge to respond to the
5  allegations contained in paragraph 58 of plaintiff's complaint, and, on that basis, deny generally
6  and specifically each and every allegation contained in said paragraph.

7    59.    Defendants have insufficient information and knowledge to respond to the
8  allegations contained in paragraph 59 of plaintiff's complaint, and, on that basis, deny generally
9  and specifically each and every allegation contained in said paragraph.

10    60.    Defendants have insufficient information and knowledge to respond to the
11  allegations contained in paragraph 60 of plaintiff's complaint, and, on that basis, deny generally
12  and specifically each and every allegation contained in said paragraph

13    61.    Defendants have insufficient information and knowledge to respond to the
14  allegations contained in paragraph 61 of plaintiff's  complaint and, on that basis, deny generally
15  and specifically each and every allegation contained in said paragraph.

16    62.    Defendants have insufficient information and knowledge to respond to the
17  allegations contained in paragraph 62 of plaintiff's complaint and, on that basis, deny generally
18  and specifically each and every allegation contained in said paragraph.

19    63.    Defendants have insufficient information and knowledge to respond to the
20  allegations contained in paragraph 63 of plaintiff's complaint and, on that basis, deny generally
21  and specifically each and every allegation contained in said paragraph.

22    64.    Defendants have insufficient information and knowledge to respond to the
23  allegations contained in paragraph 64 of plaintiff's complaint and, on that basis, deny generally
24  and specifically each and every allegation contained in said paragraph.

25    65.    Defendants have insufficient information and knowledge to respond to the
26  allegations contained in paragraph 65 of plaintiff's complaint and, on that basis, deny generally
27  and specifically each and every allegation contained in said paragraph.

1     66.    Defendants have insufficient information and knowledge to respond to the

2 allegations contained in paragraph 66 of plaintiff's complaint and, on that basis, deny generally

3 and specifically each and every allegation contained in said paragraph.

4 **AFFIRMATIVE DEFENSES**

5     AS A FIRST AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint,

6 defendants allege that they are immune from liability for the acts and omissions alleged in

7 plaintiff's complaint by virtue of the provisions of Sections 815, 815.2, 815.6, 818, 818.8, 820.2,

8 820.4, 820.8, 821.6, 822.2, 844.6 and 845.6 of the California Government Code.

9     AS A SECOND AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

10 complaint, defendants allege that neither plaintiff's complaint nor any of its alleged causes of

11 action state facts sufficient to constitute a cause of action against defendants.

12     AS A THIRD AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint,

13 defendants allege that plaintiff did not use the heightened pleading standards as required by City

14 of Canton v. Harris, 489 U.S. 378 (1989) and its progeny, and have thus failed to state a cause of

15 action against defendant police officers in their individual capacities.

16     AS A FOURTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

17 complaint, defendants allege that they are immune from liability for the arrest, detention and

18 restraint of plaintiff pursuant to the provisions of California Welfare and Institutions Code Section

19 5154, Government Code Section 856, and Penal Code Sections 835, 835a, 836, and 847, in that

20 the officers had reasonable suspicion/probable cause to believe that plaintiff had committed a

21 public offense/was a danger to others, or to himself, or gravely disabled, and that any and all force

22 used in effecting his arrest, detention and restraint, was lawful, reasonable, and necessary, under

23 the circumstances at the time of the incident.

24     AS A FIFTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint ,

25 defendants allege that at the time and place mentioned in plaintiff's complaint, defendants' use of

26 force, if any there was, was necessary for defendants' self defense, defense of others, and to effect

27 the lawful detention/arrest of plaintiff.

1    AS A SIXTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint,

2  defendants allege that they are entitled to qualified and official immunity.  Defendants acted at all

3  times in good faith, with due care, within the scope of discretion, and pursuant to laws,

4  regulations, rules, and practices reasonably believed to be in accordance with the Constitution and

5  laws of the United States.  There is no liability pursuant to the Federal Civil Rights Act where one

6  acts in good faith and entertains an honest, reasonable belief that one's actions are in accord with

7  clearly established law.[Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982) ; Saucier v. Katz, 533

8  U.S. 194 (2001); Smith v. Hemet, 394 F.3d 689 (9th Cir. 2005).]

9    AS A SEVENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

10  complaint, defendants allege that plaintiff was comparatively at fault in the manner and style as

11  set forth in Li v. Yellow Cab Company , 13 Cal.3d 804 (1975), and defendants pray that any and

12  all damages sustained by plaintiff be reduced by the percentage of his own negligence in the

13  happenings herein.

14    AS AN EIGHTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

15  complaint, defendants allege that the damages sustained by plaintiff, if any, were proximately

16  caused, in whole or in part by others for whom these answering defendants are neither liable or

17  responsible.  Should defendants be found to be liable to plaintiff, which liability is expressly

18  denied, said defendants are entitled to have any award against them abated, reduced, or eliminated

19  to the extent that the negligence, carelessness, or fault of any of said other persons or entities

20  contributed to plaintiff's damages, if any there were.

21    AS A NINTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's complaint,

22  defendants allege that plaintiff's complaint exceeds the scope of the claim presented to defendant

23  City of Hayward pursuant to California Government Code §§910 and 911.2.

24    AS A TENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

25  complaint, defendants allege that plaintiffs' complaint fails to state a cause of action against these

26  defendants under the holding in Monell v. Department of Social Services of the City of New York

27  436 U.S. 658 (1978), and its progeny.

1    AS AN ELEVENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

2 complaint, defendants allege that the outcome of the incidents alleged in plaintiff's complaint

3 would have been the same regardless of any additional or different training which might have

4 been provided to the officers involved.

5    AS A TWELFTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

6 complaint, defendants allege that at all relevant times, defendants acted independently and not in

7 association or concert with any agent or servant of any other defendant, including defendants sued

8 herein under the fictitious names of their employer, employees or agents.

9    AS A THIRTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

10 complaint, defendants allege that plaintiff has failed to mitigate her damages.

11    AS A FOURTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

12 complaint, defendants allege that plaintiff willingly, voluntarily, and knowingly assumed each,

13 every, and all of the risks and hazards involved in the activities alleged in the complaint.

14    AS A FIFTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

15 complaint, defendants allege that plaintiff's and Solis' own conduct estops plaintiff from claiming

16 the damages alleged in plaintiff's complaint.

17    AS A SIXTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

18 complaint, defendants allege that defendants are entitled to reasonable attorney's fees and costs of

19 suit upon prevailing within the meaning of 42 U.S.C. § 1988, California Code of Civil Procedure

20 §1038, and Rule 11 of the Federal Rules of Civil Procedure.

21    AS A SEVENTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

22 complaint, defendants allege that plaintiff's complaint, in its entirety, is barred by the applicable

23 statute of limitations.

24    AS AN EIGHTEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

25 complaint, defendants allege that defendant City of Hayward and all defendants sued in their

26 official capacity are immune from the imposition of punitive damages.

27    AS A NINETEENTH AFFIRMATIVE DEFENSE to each cause of action of plaintiff's

1  complaint defendants allege that because plaintiff's complaint is written in legal conclusory terms,

2  all affirmative defenses available to defendants cannot be fully anticipated of ascertained at this

3  time.  Accordingly, defendants reserve the right to assert additional affirmative defenses available

4  to defendants that cannot be fully anticipated or ascertained at this time.  Accordingly, defendants

5  reserve the right to assert additional affirmative defenses, if and when the extent that such

6  affirmative defenses are revealed.

7                                    **PRAYER**

8           WHEREFORE, defendants pray that plaintiff takes nothing by way of her complaint, that

9  defendants be dismissed from this action and be awarded their costs and attorney's fees, and for

10  any other relief that the court may deem just and proper.

11                    **DEFENDANTS' DEMAND FOR TRIAL BY JURY**

12          To the clerk of the above entitled court:

13          PLEASE TAKE NOTICE that these answering defendants herein demand a trial by jury as

14  to all issues triable thereby, herein.

15

16  DATED:  October 15, 2007                    MICHAEL J. O'TOOLE, City Attorney

17

18                                              By:    /s/ _____
19                                                     RANDOLPH S. HOM,
                                                       Assistant City Attorney
20                                                     Attorneys for Defendants

21

22

23

24

25

26

27

---

Joya v. City of Hayward, et al.                               Defendants' Answer to Complaint
Case No. C-07 04739 (SI)                        12