IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JOYA, | No. C 07-04739SI |
| Plaintiff, | **NOTICE** |
| v. | |
| CITY OF HAYWARD, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been advanced to occur on Thursday, December 20, 2007, at 11:00 a.m.

Dated: November 26, 2007

RICHARD W. WIEKING, Clerk

*Sutton*

Tracy Sutton
Deputy Clerk