1  MICHAEL J. O'TOOLE (SBN 97779)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile:  (510) 583-3660

6  Attorneys for Defendants City of Hayward,
   Lloyd Lowe, and Jason Corsolini
7

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  MARIA JOYA, individually, and as       )   Case No:.  C 07 -04739 (SI)
    Administrator of the Estate of NASIR   )
12  SOLIS,                                 )   DEFENDANTS' REQUEST FOR JUDICIAL
                                           )   NOTICE; MEMORANDUM
                     Plaintiffs,           )   OF POINTS AND AUTHORITIES;
13                                         )   DECLARATION OF RANDOLPH S. HOM
        -vs-                               )
14                                         )   Date:  N/A
    CITY OF HAYWARD, et al.,               )   Time:  N/A
15                                         )   Crtrm.:N/A
                     Defendants.           )
16                                         )
                                           )
17                                         )
                                           )
18
    _____
19
                TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:
20
         PLEASE TAKE NOTICE that as part of defendants' opposition to plaintiff's
21
    administrative motion to determine whether cases should be related, defendants request that this
22
    Court take judicial notice of documents already contained in the Court file for the within action
23
    and for Saleh Ali v. City of Hayward, et al., United States District Court Case No. C 07-04718
24
    (CRB), including but not limited to the following:
25
         (1) Filing dates and text of the identical complaints in each action;
26
         (2) Filing dates for the proof of service related to the complaint in each action including
27
    the text describing how service of process was accomplished;
28
         (3) Filing dates of the answer in each action;

---

Joya v. City of Hayward, et al.            Defendants' Request for Judicial Notice:
Case No. C 07 04739 (SI)                   Memorandum of Points and Authorities
                                    1      Declaration of Randolph S. Hom

(4) Filing date for Declination to Proceed before Magistrate Judge in <u>Ali</u>;

(5) Joint Case Management Conference Statements in each action;

This request is made pursuant to Federal Rules of Evidence Code Section 201.

The request for judicial notice will be based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Randolph S. Hom, the pleadings and records contained in the Court files, the defendants' opposition to the administrative motion to determine whether the cases should be related, filed and served concurrently with this notice, and with any other oral and documentary evidence presented to the Court at the time of hearing, if any.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. THE COURT MAY JUDICIALLY NOTICE COURT RECORDS WHICH ARE CAPABLE OF READY AND ACCURATE DETERMINATION

Federal Rules of Evidence Section 201(b)(2) allows the court to judicially notice facts "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Clearly, the records contained within the respective Court files in <u>Ali</u> and <u>Joya</u> cannot be reasonably questioned. Moreover, the Court may take judicial notice of matters of public record outside the pleadings. <u>MGIC Indemnity Corp. v. Weisman</u>, 803 F.2d 500, 504 (9th Cir. 1986) Pursuant to Federal Rules of Evidence Section 201, a Court may also take judicial notice of a city's official records, which includes pleadings and court documents relating to the <u>Ali</u> and <u>Joya</u> actions. <u>Grassroots v. County of San Francisco,</u> 1994 WL 589359 (N.D. CA 1994) ; see also <u>Poway Unified School District v. Superior Court</u>, 62 Cal.App.4th 1496 (1998).

///
///
///
///
///
///
///

Joya v. City of Hayward, et al.                             Defendants' Request for Judicial Notice:
Case No. C 07 04739 (SI)                                  Memorandum of Points and Authorities
                                                2    Declaration of Randolph S. Hom

**II. CONCLUSION**

Based on the foregoing, defendants respectfully request that this Court take judicial notice of the court files in Ali and Joya.

DATED: December 12, 2007                    MICHAEL J. O'TOOLE, City Attorney

By ___/S/___
Randolph S. Hom, Assistant City Attorney
Attorneys for Defendants

---

Joya v. City of Hayward, et al.                    Defendants' Request for Judicial Notice:
Case No. C 07 04739 (SI)                           Memorandum of Points and Authorities
                                              3    Declaration of Randolph S. Hom