1   MICHAEL J. O'TOOLE (SBN 97779)
    City Attorney
2   RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
3   CITY OF HAYWARD
    777 "B" Street
4   Hayward, California 94541
    Telephone: (510) 583-4450
5   Facsimile:  (510) 583-3660

6   Attorneys for Defendants City of Hayward,
    Lloyd Lowe, and Jason Corsolini

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

    MARIA JOYA, individually, and as      )      Case No:.  C 07 -04739 (SI)
10  Administrator of the Estate of NASIR  )
    SOLIS                                 )      (PROPOSED) ORDER
11                                        )
                          Plaintiffs,     )
12                                        )      Date:       N/A
         -vs-                             )      Time:       N/A
13                                        )      Crtrm.:     N/A
    CITY OF HAYWARD, et al.,              )
14                                        )
                          Defendants.     )
15                                        )

16  _____

17

18          Plaintiff's administrative motion to determine whether the within case is related to <u>Saleh</u>

19  <u>Ali v. City of Hayward, et al.</u>, United States District Court Case No. C 07-04718, came on for the

20  Court's consideration, without hearing, on _____, at _____ a.m., in Courtroom

21  __, of the above-referenced court.

22          IT IS HEREBY ORDERED that:

23          A.      Plaintiff's action in _____ is hereby dismissed with prejudice.

24

25  DATED: December ___, 2007      _____
                                  JUDGE OF THE UNITED STATES DISTRICT COURT
26

27

28

---

Joya v.City of Hayward, et al.                                    (Proposed) Order
USDC Case No. C 07-04739 (SI)