January 9, 2008

**VIA ELECTRONIC FILING**

The Honorable Charles R. Breyer
United State District Court, Northern District
United States Courthouse, Courtroom 8
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:   *Joya v. City of Hayward, et al.; Ali v. City of Hayward, et al.*
      **United States District Court Case Nos. C 04739 (CRB) and C 04718 (CRB)**

Dear Judge Breyer:

      This shall serve to advise you that the parties agree to mediate this dispute before Howard Janssen, Esq., as per the Court's ADR Program.

      Very truly yours,

/s/
Randolph S. Hom
Assistant City Attorney


cc: Ben Nisenbaum, Esq.
    Yosef Peretz, Esq.