1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200       Facsimile: (510) 839-3882
   Email: john.burris@johnburrislaw.com
5         bnisenbaum@gmail.com

6
   Attorneys for Plaintiff
7

8                 UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SALEH ALI, individually, and as Administrator    Case No. C 07 04718 CRB  (consolidated with
   of the Estate of NASIR SOLIS,                    C 07 04739 CRB)
12
                                                   **ADMINISTRATIVE MOTION TO
13          Plaintiff,                              EXTEND DATE FOR ADR COMPLIANCE**

14     vs.

15 CITY OF HAYWARD, et al,

16                Defendants.
                                    /
17

18

19 MARIA JOYA, individually, and as
   Administrator of the Estate of NASIR SOLIS,
20

21          Plaintiff,

22     vs.

23 CITY OF HAYWARD, a municipal
   corporation; LLOYD LOWE, in his capacity as
24 Chief of Police for the CITY OF HAYWARD;
   JASON CORSOLINI, individually and in his
25 capacity as an officer for the CITY OF
   HAYWARD; and DOES 1-25, inclusive,
26

27                Defendants.
                                    /
28

Administrative Motion and (proposed) Order extending date for DADR Compliance                1

Pursuant to Local Rule 7-11, the parties jointly file this stipulated motion to continue the date by which the parties are to complete ADR. The parties are presently required, pursuant to the Court's Order, to complete ADR by March 3, 2008. Due to factors including the selection of an ADR neutral and the need to gather further information, the parties jointly request an extension of time to complete ADR, up to May 2, 2008.

Dated:  January 24, 2008                             **The Law Offices of John L. Burris**

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorneys for Plaintiff

Dated:  January 24, 2008                             **Law Offices of Kletter & Peretz**

/s Yosef Peretz
Yosef Peretz
Attorney for Plaintiff

Dated:  January 24, 2008                             **Michael J. O'Toole, City Attorney**

/s/ Randolph S. Hom
Randolph S. Hom
Assistant City Attorney
Attorney for Defendants

## ~~(PROPOSED)~~ ORDER

GOOD CAUSE SHOWN, the Court hereby grants the parties administrative motion to extend the date for ADR compliance in the above-entitled action to May 2, 2008.

IT IS SO ORDERED.

Dated: Jan. 28, 2008

_____
Honorable C[harles R. Breyer]
UNITED ST[ATES DISTRICT JUD]GE

*IT IS SO ORDERED
Judge Charles R. Breyer*