# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ali/Joya, | 07-04718 CRB MED and related case |
| Plaintiff(s), | 07-4739 CRB MED |
| v. | **Notice of Appointment of Mediator** |
| City of Hayward et al., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to these related cases is:

**Howard A. Janssen**
Janssen Doyle, LLP
2540 Camino Diablo, Ste. 220
Walnut Creek, CA 94597
925-295-1802

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring these actions to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04718 and related case 07-4739 CRB - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: January 30, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:   Claudia M. Forehand

7  

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04718 and related case 07-4739 CRB  - 2 -