```
1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200      Facsimile: (510) 839-3882
   Email: john.burris@johnburrislaw.com
5         bnisenbaum@gmail.com
6
7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JOYA, individually, and as Administrator of the Estate of NASIR SOLIS,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF HAYWARD, a municipal corporation; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD; JASON CORSOLINI, individually and in his capacity as an officer for the CITY OF HAYWARD; and DOES 1-25, inclusive,<br><br>            Defendants.<br>_____/ | Case No. C 07 04739 CRB<br><br>**ADMINISTRATIVE MOTION AND ~~(PROPOSED)~~ ORDER EXTENDING TIME TO COMPLETE ADR AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 7-11, Plaintiffs file this stipulated motion to continue the date by which the parties are to complete ADR by 120 days, or until August 29, 2008.

This Court previously ordered the parties to complete ADR by May 2, 2008. The parties request an additional 120 days to gather additional information to increase the likelihood that meaningful discussions can take place at mediation. The parties have conferred with their chosen mediator, who is amenable to the requested extension of time. The parties are mutually awaiting

complete responses to their respective Requests for Production of Documents. Depending on those responses, Plaintiffs may or may not need to take the deposition of Defendant Officer CORSOLINI in order to conduct meaningful settlement discussions.

Accordingly, the parties request that the Court extend the deadline by which the parties are to complete ADR to August 29, 2008. Should the Court grant the extension, the parties request that the Case Management Conference set for April 18, 2008, be continued to September 5, 2008, following completion of ADR. Likewise the Court should similarly reset the deadline to complete ADR, and the date for the next Case Management Conference in the related case, <u>Saleh Ali v. City of Hayward, et al.</u>, United States District Court Case No. C 07 04718 (CRB)

Dated: April 11, 2008

**The Law Offices of John L. Burris**

_____/s/_____
Ben Nisenbaum
Attorney for Plaintiff

Dated: April 11, 2008

MICHAEL S. LAWSON, City Attorney

By: _____/s/_____
RANDOLPH S. HOM,
Assistant City Attorney
Attorneys for Defendants

~~(PROPOSED)~~ ORDER

Pursuant to stipulation, and based on the need of the parties to conduct further discovery, the Court hereby grants the parties' stipulation and orders that the parties complete ADR by August 29, 2008. In light of the extension to complete ADR, the Court hereby CONTINUES the case management conference set for April 18, 2008, to September 5, 2008 at 8:30 a.m. in this Court.

Dated: April 14, 2008

_____
HONORABLE CHARLES S. BREYER
UNITED STATES DISTRICT [JUDGE]

*IT IS SO ORDERED — Judge Charles R. Breyer*

ADMINISTRATIVE MOTION EXTENDING TIME TO COMPLETE ADR AND CONTINUING CMC    2