
**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 05, 2008**

C-07-04718 CRB           SALEH ALI  v.  CITY OF HAYWARD
related case:
C-07-04739  CRB         MARIA JOYA v. CITY OF HAYWARD

Attorneys:     Yosef Peretz for Ali                    Randall Hom

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Not Reported**

**PROCEEDINGS:**                                                                 **RULING:**

1.  Further Case Management Conference   - Held

2.

3.

**ORDERED AFTER HEARING:**

The Court sets a further case management conference to allow time for parties to mediate and grants an extension of time for mediation to November 7, 2008.

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO November 7, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                              Expert Discovery Cut-Off _____
Plntf to Name Experts by _____              Deft to Name Experts by _____
P/T Conference Date _____       Trial Date _____       Set for _____ days
                        Type of Trial:  (  )Jury    (  )Court

Notes: