IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA JOYA,

   Plaintiff,

 v.

CITY OF HAYWARD, et al.,

   Defendants.
              /

No. C 07-4739 CRB

**ORDER**

  Michael Lawson, Randolph Hom, and Benjamin Nisenbaum, are ordered to appear for a status conference before Judge Breyer on August 6, 2010, at 8:30am.

**IT IS SO ORDERED.**

Dated: July 20, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4739\Order to Appear.wpd