IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JOYA, | No. C 07-4739 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF HAYWARD, et al., | |
| Defendants. | |

Pursuant to stipulation, the August 6, 2010, status conference is continued to August 20, 2010.  Michael Lawson, Randolph Hom, and Benjamin Nisenbaum, are ordered to appear at 8:30am on that date.

**IT IS SO ORDERED.**

Dated: July 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4739\Order pursuant to stipulation.wpd