IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA JOYA,

    Plaintiff,

v.

CITY OF HAYWARD, et al.

    Defendants.

No. C 07-4739 CRB

**ORDER**

Plaintiff's counsel Benjamin Nisenbaum is hereby ORDERED to submit to this Court a declaration indicating both his normal hourly rate and the number of hours spent in opposing Defendant's Bill of Costs.

**IT IS SO ORDERED.**

Dated: August 23, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4739\Order to Submit Declaration.wpd